SAMUEL HIRSCH & ASSOCIATES, P.C.
SAMUEL HIRSCH, ESQ. (5149)
Attorneys for Plaintiffs
350 Fifth Avenue, Suite 5949
New York, NY 10118
212-947-3800
Fax: 212-947-9374
Email: Hirschsam@aol.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 09 2011 ★

BROOKLYN OFFICE

CV 11-2230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTHER BAGALOO, Individually, and on behalf of all those similarly situated,

                       Plaintiff,

     -against-

HCG PLATINUM, LLC, RIGHTWAY NUTRITION and RITE-AID CORPORATION,

                       Defendants.
------------------------------------------------------------X

Civil Case No.:

**VERIFIED COMPLAINT**

Jury Trial Demanded

SEYBERT J

TOMLINSON, M.J.

     Plaintiffs/Class Representatives, ESTHER BAGALOO, individually and on behalf of others similarly situated, file this Class Action Complaint against Defendants, HCG PLATINUM, LLC, RIGHTWAY NUTRITION and RITE-AID CORPORATION, (hereinafter collectively referred to as the "Defendants") and allege as follows:

### INTRODUCTION

     1.    The Plaintiffs and proposed Plaintiff-Class Members bring this Class Action Complaint to secure redress, permanent equitable relief and damages, relating to the Defendants deceptive practices and acts in their manufacture, sale, distribution, promotion and/or representation(s) of its over-the-counter, dietary "homeopathic" HCG Platinum Diet weight loss products.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1345. Plaintiff further invokes the pendent and supplemental jurisdiction of this Court to hear and decide claims arising under state law, pursuant to 28 U.S.C. §1367.

3. Venue in this district is proper under 15 U.S.C. § 53(b) and 28 U.S.C. § 1391(b) and (c), as Defendants do substantial business within the State of New York, and the Plaintiffs reside within the jurisdictional boundaries of this Court. A substantial part of the events, misrepresentations, deceptive practices, omissions and/or injuries giving rise to the claim occurred in this district.

## THE PARTIES

4. The Plaintiff, ESTHER BAGALOO, is a resident of the County of Kings, located in the State of New York. Plaintiff BAGALOO purchased and/or consumed the Defendants' HCG Platinum Diet weight loss products after viewing and/or exposure to the Defendants false and deceptive rapid weight-loss efficiency advertisements, representations, testimonials, television, radio and print advertisements and/or claims, regarding said product(s), as hereinafter alleged.

5. The Plaintiffs bring this action on behalf of herself as an individual consumer and on behalf of all other similarly situated persons.

6. The Defendant, HCG PLATINUM, LLC, is a Limited Liability Company with its principal place of business at 1089 E. 1500 S. Orem, Utah 84097.

7. The Defendant, HCG PLATINUM, LLC, is a Limited Liability Company with its principal place of business at 14513 South Center Point Way, Ste. 100, Bluffdale, UT, 84065.

8. The Defendant, HCG PLATINUM, LLC, conducts or has transacted substantial business in the State of New York and throughout the United States.

9. That at all times hereinafter mentioned, the Defendant, HCG PLATINUM, LLC, its

agents, servants, and/or employees, placed the aforementioned goods, services, promotions, advertisements, and/or products within the "stream of commerce" within the State of New York.

10. That at all times hereinafter mentioned, the Defendant, HCG PLATINUM, LLC, its agents, servants, and/or employees, placed the aforementioned goods, services, promotions, advertisements, and/or products within the "stream of commerce" within the State of New York and throughout the United States.

11. That at all times hereinafter mentioned, the Defendant, HCG PLATINUM, LLC, its agents, servants, and/or employees, manufactured, distributed, marketed, promoted and otherwise produced the HCG Platinum Diet products throughout the United States, including New York State and this federal judicial district.

12. That at all times hereinafter mentioned, upon information and belief, that the employees and principals of Defendants herein, its subsidiaries, affiliates, and related entities, were the agents, servants and employees of Defendants, and at all times hereinafter mentioned, were acting within the purpose and scope of said agency and employment. Whenever reference in this Complaint is made to any act or transaction of the Defendants, such allegation shall be deemed to mean that the principals, officers, directors, employees, agents or representatives of the Defendants, were aware, knew, should have known, authorized, committed, ratified or directed such act, actions or transactions on behalf of the Defendants while acting within the scope of their duties.

13. The Defendant, HCG PLATINUM, LLC, has entered into numerous affiliations and retail agreements with third-parties for the sale, marketing and distribution of its HCG Platinum Diet products to consumers in New York State and throughout the United States, including with the Defendant, RITE AID CORPORATION, for the sale of its HCG Platinum weight loss products in its Rite Aid stores.

14. The Defendant, HCG PLATINUM, LLC, sells, markets, advertises and distributes

the HCG Platinum weight loss products extensively throughout New York State and the United States through means of various mediums, including internet websites maintained directly by the Defendants and internet sites and stores maintained by affiliated retailers and distributors in the State of New York.

15. The Defendant, RIGHTWAY NUTRITION is a Utah Company with its principal place of business with its principal place of business at 14513 S. Center Point Way, Suite 100, Bluffdale, UT, 84065.

16. The Defendant, RIGHTWAY NUTRITION, conducts or has transacted substantial business in the State of New York and throughout the United States.

17. That at all times hereinafter mentioned, the Defendant, RIGHTWAY NUTRITION, its agents, servants, and/or employees, placed the aforementioned goods, services, promotions, advertisements, and/or products within the "stream of commerce" within the State of New York.

18. That at all times hereinafter mentioned, the Defendant, RIGHTWAY NUTRITION, its agents, servants, and/or employees, placed the aforementioned goods, services, promotions, advertisements, and/or products within the "stream of commerce" within the State of New York and throughout the United States.

19. That at all times hereinafter mentioned, the Defendant, RIGHTWAY NUTRITION, its agents, servants, and/or employees, manufactured, distributed, marketed, promoted and otherwise produced the HCG Platinum Diet products throughout the United States, including New York State and this federal judicial district.

20. The Defendant, RIGHTWAY NUTRITION, has entered into numerous affiliations and retail agreements with third-parties for the sale, marketing and distribution of its HCG Platinum Diet products to consumers in New York State and throughout the United States, including with the Defendant, Rite Aid Corporation, for the sale of its HCG Platinum weight loss products in its Rite

Aid stores.

21. The Defendant, RIGHTWAY NUTRITION, sells, markets, advertises and distributes the HCG Platinum weight loss products extensively throughout New York State and the United States through means of various mediums, including internet websites maintained directly by the Defendants and internet sites and stores maintained by affiliated retailers and distributors in the State of New York.

22. The Defendant, RITE AID CORPORATION, is a Delaware Corporation with a principal place of business at 30 Hunter Lane, Camp Hill, Pennsylvania and is affiliated with the Defendant, HCG DIET PLATINUM, LLC.

23. The Defendant, RITE AID CORPORATION, is a Delaware Corporation with a principal place of business at 30 Hunter Lane, Camp Hill, Pennsylvania and is affiliated with the Defendant, RIGHTWAY NUTRITION.

24. The Defendant, RITE AID CORPORATION, conducts or has transacted substantial business in the State of New York and throughout the United States.

25. The Defendant, RITE AID CORPORATION, is in the business of manufacturing, marketing, producing, distributing, advertising and/or selling the Defendants', HCG PLATINUM, LLC, HCG Platinum weight loss products for purchase by the Plaintiffs and the Class in New York State and nationwide, resulting in injuries to the Plaintiffs and the Class as described more fully below.

26. Upon information and belief, Defendants, RITE AID CORPORATION and HCG PLATINUM, LLC, have partnership and/or distribution agreement(s) regarding the sale, manufacture, advertising, and/or distribution of HCG Platinum weight loss products.

27. Upon information and belief, Defendants, RITE AID CORPORATION and RIGHTWAY NUTRITION, have partnership and/or distribution agreement(s) regarding the sale,

manufacture, advertising, and/or distribution of HCG Platinum weight loss products.

28. Upon information and belief, Defendant, RITE AID CORPORATION makes its own marketing representations for its own profit and gain and adopts the marketing representations of the Defendant, HCG PLATINUM, LLC, both on its internet pages and by placing point of purchase marketing materials in its retail stores in New York.

29. Upon information and belief, Defendant, RITE AID CORPORATION makes its own marketing representations for its own profit and gain and adopts the marketing representations of the Defendant, RIGHTWAY NUTRITION, both on its internet pages and by placing point of purchase marketing materials in its retail stores in New York.

30. Upon information and belief, the Defendant, RITE AID CORPORATION, markets, sells and makes recommendations to consumers regarding the Defendant's HCG Platinum weight loss products in its retail stores in New York and on its website with the intent to induce the Plaintiffs and the Plaintiff Class to purchase these products.

## FACTUAL BACKGROUND

31. Upon information and belief, beginning in or about 2010, the Defendants began selling, marketing, distributing and/or manufacturing HCG Platinum Diet products claiming its product contains Human Chorionic Gonadotrophic (HCG), a hormone produced during pregnancy which will have dramatic weight loss effects if consumed and combined with a daily diet of 500 calories. The Defendants marketing materials describe the "science" as follows:

> "The Science behind HCG Platinum
>
> HCG Platinum allows your body to target and burn abnormal fat in combination with a VLCD (very low calorie diet.) Women can produce up to 1 million International units of HCG a day when they are pregnant. This hormone in their body is what protects the fetus and enables it to get the nutrition it needs by burning the mother's excess fat while leaving the structural or healthy fat and muscle tissue alone. We use this same hormone in HCG Platinum. While on the HCG diet you follow a specific low calorie diet. If you were to go on this diet

The HCG Platinum drops allow your body to burn the abnormal fat for energy instead of the food would typically consume. This result in rapid weight loss. HCG Platinum triggers the abnormal fat from areas that are typically hard to reduce and does not negatively affect the normal (healthy) fat or muscle tissue...

How and where is your HCG manufactured?
HCG Platinum is made from United States Pharmacopeia (USP) grade HCG. It is the very purest grade of HCG Available. HCG Platinum is then processed according to the Homeopathic procedures of the United States Homeopathic Pharmacopeia, which takes into account European procedures as addressed in the European Homeopathic Pharmacopeia. In other words, the ingredient itself is pure and the scientific procedures used are in accord with recognized Good Manufacturing Practices (GMPs)."

32.     The HCG Platinum Diet products are sold by Defendants in droplet form for various prices typically ranging from approximately $60.00 for a seven (7) day supply to up to approximately $350.00 for a forty (40) day supply. Typical sizes and prices of the HCG Platinum Diet droplet products include, but are not limited to, the following:

| Homeopathic Drops (7 day supply) | Homeopathic Drops (1oz supply) | Homeopathic Drops (2oz supply) | Homeopathic Drops (4oz supply) |
|---|---|---|---|
| $59.95 | $99.99 | $139.99 | $289.95 |

33.     The Defendant, HCG DIET PLATINUM, LLC, describes the "administering" of the HCG Platinum Diet droplet products as follows:

"How is HCG Platinum administered?

HCG Platinum is sublingual; it is administered in liquid form by placing drops under the tongue for absorption into the soft tissues. 5 to 10 drops are placed under the tongue 3 times each day. The key is that the drops should be taken 10 to 15 minutes before the participant drinks any liquids or eats any food. The number of drops taken each time and the frequency depends on what each participant needs to meet their daily calorie requirement."

34.     While HCG Diet products originated in injectable form, the subject products are also sold by Defendants in tablet, capsule and/or pellet forms for various prices typically ranging

-7-

approximately $80.00 for 120 quantity and in various weight loss kits which consist of the typical product offerings costing $113.85 (15 day supply) to upwards of $339.95 for a 40 day supply.

35. The Defendants claim that the use of its HCG Platinum Diet "homeopathic" pellet and droplet weight loss products will result in dramatic and rapid weight loss, including 1/2 to 3 pounds per day, and describe expected weight loss for users as follows:

> "How much weight can I expect to lose?
>
> Weight loss varies between 1/2 and 3 pounds per day, with the average loss being close to 1 to 2 pound per day. Men generally seem to lose weight sooner, but the results are great for both men and women. Actual weight loss depends on the participant and how closely the weight loss protocol is followed. Actual results will vary by participant and the results many have experienced may not be typical. As a participant gets closer to their weight loss goal, and in later weight loss cycles, it may take longer to lose desired weight."

36. The Defendants further claim that, without the use of its HCG Platinum Diet product while on a 500 day caloric diet, the user's body will, after a few days, "start shutting down as it goes into survival mode. Weight loss in this mode comes from loss of body fluids, good fat and muscle."

37. That to induce consumers to purchase its HCG Platinum Diet Products, the Defendants have disseminated, or caused to be disseminated, misleading and/or deceptive advertisements, through the use of internet, radio, television, and other mediums designed towards consumers and the public-at-large.

38. That to induce consumers to purchase its HCG Platinum Diet Products, the Defendants have disseminated, or caused to be disseminated, misleading and/or deceptive advertisements through the use of known and/or well-known public figures and/or personalities who have allegedly used the aforementioned HCG Platinum Diet Products and who purport to present their personal experience and/or the personal experience of other consumers who have used the product. Upon information and belief, these false representations of the Defendants were relied upon by the Plaintiffs

in their expected beliefs and purchase of the Defendants HCG Platinum Diet products.

39. That to induce Plaintiffs and consumers to purchase the HCG Platinum Diet Products, the Defendants also advertise, promote, sell and market their products at several internet sites which contain testimonials with before and after photos of endorsers, answers to frequently asked questions, characterizations of research studies conducted on their products containing deceptive and misleading representations about HCG Platinum weight loss products.

40. Some testimonials disseminated by the Defendants by way of various mediums in New York State, and throughout the United States, relating to their HCG Platinum Diet Products are as follows:

> Wow!! Take a look at Kevin's Before and After Pictures below! Here's what Kevin Wright, President HCG Platinum has to say: "HCG Platinum really works! Shortly after starting, the pounds just fell off. If you follow the protocol, you won't fail! I guarantee it!"
>
> Now take a look at Amanda and her mother below and see what they have to say: "My mother and I went on the HCG weight loss protocol together. We both look so good and feel great. We lost the weight we wanted without being tired and worn out. I always want to look my best so this HCG diet is just what I needed. The biggest challenge I have now is purchasing a new wardrobe. My Mother is enjoying shopping in my closet since she had her weight loss. HCG helped us accomplish our goal of being slimmer and trimmer together." Amanda, 31, AZ
>
> My wife went on the HCG homeopathic drops and lost weight and is feeling great. I was concerned that she would look tired and rundown like she did during the time she was on another diet. I was happily surprised with her results and decided to go on the HCG Platinum drops myself. I was a little hungry at first but just increased my dosage a couple of drops and that took care of it. I just finished the complete 6 week program I have lost 30 pounds. I haven't been this light in over 30 years. I feel better all the time and am sleeping better at night. And, I did this without making any changes in my activity level. Brent, 61, AZ
>
> The HCG diet is great! In the past I have tried a number of different ways to lose weight with marginal success...sometimes losing a few pounds and gaining them back. This diet is different, and more importantly, it is simple and easy. The HCG drops are simply amazing. While taking the drops I never felt hungry and the pounds continued falling off. Within three weeks I had lost 18 pounds. I would recommend the diet to anybody who is looking for a simple, inexpensive, quick and healthy way of losing weight. Mark, 35, TX

I went on the HCG weight loss program to lose a few pounds. Not only did I lose a few pounds, but also some problems I had been having with my digestive system were corrected. And this happened to me without my completing all of the weight loss phases. I would recommend the HCG Platinum drops to anyone. Penny, 42, NY

I am a big man who works hard for long hours every day. As much as I tried I could not lose weight because I needed a high amount of nourishment to fuel my activity level. I was pleasantly surprised when I started the HCG weight loss protocol. My weight is down 28 lbs after three weeks on the HCG drops, and I am not feeling tired or run down as the HCG is helping me tap into the stored energy I already have in my body. I am looking and feeling better. I can hardly wait to finish the first weight loss Cycle.   Justin, 35, ID

I was thankful to get the HCG weight loss drops because I have not been able to find any other weight loss program that works for me. I am in the fifth week and have lost 26 pounds. My skin is shrinking and stretch marks are dissolving in areas where I have lost weight. I am anxious to complete the HCG diet to see all of the good things HCG is doing for me.   Christie, 24, ID

This is so easy. I was a little hungry the first couple days but that went away. I lost 20 pounds in 3 weeks and have kept it off so far. I'm taking a break but will start another cycle soon.   Karen, 46, AZ

The HCG diet is so great. I thought there is no way I can eat this little. I couldn't believe how easy it was. I wasn't even hungry. I lost 27lbs in 5 weeks with no exercise. Michelle, 32, UT

The pounds are falling off!! One week and I already lost 10 pounds. Thanks HCG Platinum. Sarah, 35, AZ

I went on the HCG Platinum program because people at work were doing it and losing a ton of weight. I only wanted to lose 15 pounds. The first 2 weeks I was down 19lbs.  I finished off the first 3 weeks losing 24 lbs. My girlfriend can't keep her hands off me. This stuff is great!   Daniel, 32, AZ

This was the easiest thing ever. I just followed the protocol, took the drops and I lost 20 lbs in 3 weeks. I am on maintenance now and will start another cycle in 2 weeks. Oh I need another bottle. Thanks HCG Platinum.   Dianne, 50, AZ

I am a complete skeptic. I do my best to eat right and keep active. I only had a little tummy I wanted to lose. My daughter is getting married soon so I wanted to lose a few   pounds before for the wedding. I took HCG Platinum and followed the protocol and didn't cheat. 3 weeks later I was down 12 pounds and I feel great. I really didn't think it would work but it did. Betty, 75, AZ

    41.    Based upon the Defendants extensive marketing, the Plaintiffs, like the Class, believe

that when they purchase the Defendants HCG Platinum weight loss products brands they are buying safe and effective product that will result in rapid and safe weight loss of up to two pounds per day with all of the quality and other claimed "benefits" represented in the Defendants' marketing.

42. The Defendants claims that its HCG Platinum Products will result in rapid weight loss are misleading, as well as its failure(s) to disclose that the weight loss claims and effectiveness of its HCG Platinum products are part of an ongoing marketing scheme to increase sales.

43. The Defendants further erroneously claim throughout the class period that they promote and/or conduct scientific research into its HCG weight loss products thus leading the Plaintiffs and consumers to believe that HCG Platinum weight loss products are adequately supported by competent and reliable scientific data.

44. That to induce the Plaintiffs and consumers to purchase HCG Platinum products, the Defendants also advertises, promotes, markets and claims that the HCG weight loss products contains Human Chorionic Gonadotrophic (HCG), a hormone produced during pregnancy which will have dramatic weight loss effects if consumed and combined with a daily diet of 500 calories.

45. However, various nutritional and medical authorities have found that the HCG Diet product supplements do not result or contribute to weight loss beyond that resulting from caloric restriction, does not result in appetite suppression nor result in a more attractive or "normal" distribution of fat as represented by Defendants.

46. Moreover, on or about January 23, 2011, U.S. Food and Drug Administration Director of Internet and Health Fraud, Elizabeth Miller, issued a statement to USA Today that there is no evidence that HCG Diet products containing Human Chorionic Gonadotrophic are effective for weight loss and are "subject to enforcement at any time."

47. Ms. Miller further indicated that the HCG Diet Products sold and marketed to consumers with the Human Chorionic Gonadotrophicthe hormone "are not recognized by the FDA

as homeopathic drugs, are unapproved drugs, are illegal and an "economic fraud" perpetrated on consumers.

48. The Federal Trade Commission (FTC), since 1976, have ordered the manufacturers of the injection-based HCG products to stop claiming that their HCG-based programs were safe, effective, and/or approved by the FDA for weight-control and further required that all advertising and marketing material for HCG products in injection form state:

> THESE WEIGHT REDUCTION TREATMENTS INCLUDE THE INJECTION OF HCG, A DRUG WHICH HAS NOT BEEN APPROVED BY THE FOOD AND DRUG ADMINISTRATION AS SAFE AND EFFECTIVE IN THE TREATMENT OF OBESITY OR WEIGHT CONTROL. THERE IS NO SUBSTANTIAL EVIDENCE THAT HCG INCREASES WEIGHT LOSS BEYOND THAT RESULTING FROM CALORIC RESTRICTION, THAT IT CAUSES A MORE ATTRACTIVE OR "NORMAL" DISTRIBUTION OF FAT, OR THAT IT DECREASES THE HUNGER AND DISCOMFORT ASSOCIATED WITH CALORIE-RESTRICTIVE DIETS [16].

49. While the 1976 FTC Advertising Order did not apply to advertising of the recent supplement forms of the HCG Diet Products, the Defendants are fully aware of the illusory benefit of the Human Chorionic Gonadotrophicthe hormone in its products.

## CLASS ALLEGATIONS

50. The Plaintiffs file this class action and seek certification of the class based upon being members of a certain class of persons and/or consumers, who purchased and/or utilized HCG Platinum weight loss products based upon the Defendants' deceptive advertisements, claims, and/or representations, and believed the Defendants' advices that their products would deliver rapid weight loss, sustainable and/or permanent, and provide energy, and who were further misled by Defendants as to the exposure and substantial medical side effects associated with said product.

51. The exact number of Plaintiff class members is not known. Plaintiffs estimate that the class includes thousands of New York State consumers. Plaintiffs estimate that the class is so numerous that joinder of individual members is impractical. The number and identities of the class

members can only be ascertained through appropriate investigation and discovery.

52. Common questions of law and fact predominate the claims of all class members, including the named Plaintiff. These claims depend on proving the Defendants are liable for their acts and/or commissions, in part, based upon a common similar course of conduct.

53. The claims of the individually named Plaintiffs are typical of the claims of the Plaintiff-Class Members. The Plaintiffs and all members of the Plaintiff-Class have been similarly affected by the Defendants' common course of conduct and the members of each class have similarly situated claims and causes of action against the Defendants.

54. There is no conflict as between the named Plaintiffs and other class members with respect to this action or the claims and requested relief herein. That the Plaintiffs is/are aware of their asserted rights and their roles as class representatives.

55. That Plaintiffs and their attorneys are able to and will fairly, and adequately protect the interest of the Class. Plaintiffs' attorneys can vigorously prosecute the rights of the proposed class members.

56. That the prosecution of separate actions by individual Plaintiffs is not feasible or efficient, and would be unduly burdensome. Said individual prosecution will create the risk of inconsistent and varying adjudications and will establish incompatible standards of conduct for the Defendant, in that different Courts may order the Defendant to provide different types of reliefs and the Plaintiff and class members proposed evidentiary showings would be based on the same documents and testimony concerning the Defendants' action or omissions, thereby conserving judicial resources.

57. A class action is superior to the other available methods for the fair, just and efficient adjudication of the controversy. The class action device allows a single court to provide the benefits of a single adjudication, conserving judicial economy and the fair and equitable handling of all of

plaintiffs' claims in a single action and forum. The conduct of this action as a class action conserves the judicial resources of the parties and of the judicial system, and reserves the rights of each class member.

## COUNT I

### Consumer Protection

58. Plaintiffs reallege and incorporate all the foregoing facts and allegations as if fully set forth herein.

59. That the Plaintiffs purchased and consumed the Defendants' HCG Platinum products based upon its false and deceptive advertising and promotional materials, and other similar advertisements containing false and exaggerated claims that the HCG products containing the HCG hormone will cause substantial, rapid, safe, weight loss in a safe manner.

60. That Defendants' representations as set forth herein are misleading and constitutes a deceptive act or practice in violation of Sections 349 of the New York State General Business Law.

61. Plaintiffs and Plaintiffs-Class Members relied upon the skill and judgments of Defendants, their agents, servants and/or employees and the weight-loss and energy representations of the attributes of the aforementioned products.

62. That the Defendants, their agents, servants, and/or employees engaged in such conduct and activities in the course of trade and commerce.

63. That by reason of the foregoing, and through Defendant's misleading representations, Plaintiffs have been caused to purchase and/or consume the aforementioned products of Defendants, which they would not have otherwise purchased/consumed, expend sums of money for said product, and are entitled to statutory, compensatory, punitive and pecuniary damages, in an amount to be determined by a jury at trial.

## COUNT II

### Negligent Misrepresentation
### As to All Defendants

64. Plaintiffs reallege and incorporate all the foregoing facts and allegations as if fully set forth herein.

65. At all material times, Defendants (through association with and/or by agreement) were engaged in the business of manufacturing, distributing, marketing, promoting, advertising, and selling HCG Platinum weight loss products in New York State and throughout the United States.

66. The Defendants omitted and concealed material facts to Plaintiffs/Class Representatives and the Plaintiff Class in the advertising, marketing, distribution, and sale of the HCG Platinum weight loss products.

67. By Defendants negligently made misrepresentations regarding their HCG Platinum products as alleged herein.

68. The Defendants either knew of these misrepresentations, or made these misrepresentations by omission and concealment and either knew or should have known of the false representations and/or omissions.

69. The Defendants intentionally made such misrepresentations about their products in order to induce the Plaintiffs/Class Representatives and the Plaintiff Class to act on the misrepresentations so that the Plaintiffs/Class Representatives and the Class would buy the Defendants' HCG Platinum weight loss products, thus increasing the sales and profits of Defendants.

70. The Plaintiffs/Class Representatives relied on the misrepresentations and/or omissions and/or had the Plaintiffs/Class Representatives and the Plaintiff Class known the true facts concerning the Defendants' products, they would not have purchased and/or used the products; the Plaintiffs were injured as a result of their reliance on the Defendants' misrepresentations and omissions.

71. As a proximate cause of the Defendants' negligent misrepresentations and/or omissions, the Plaintiffs/Class Representatives and the Plaintiff Class bought the Defendants' products and suffered injury and damages as a result thereof.

## COUNT III

### Strict Liability
### As To All Defendants

72. Plaintiffs reallege and incorporate all the foregoing facts and allegations as if fully set forth herein.

73. The Plaintiffs/Class Representatives purchased HCG Platinum weight loss products manufactured, distributed, marketed and/or sold by the Defendants or to which they acted to the companion of the Defendants as manufacturer, retailer, wholesaler and/or distributors.

74. The HCG Platinum weight loss products manufactured, distributed, sold and marketed by the Defendants were defective and unreasonably dangerous because it caused injury, illness and/or death to the Plaintiffs by including, but not limited to, hyperactivity, rapid heart rate, insomnia, sleeplessness, anxiety and headaches.

75. As a direct and proximate cause of the unreasonably dangerous condition, the Plaintiffs/Class Representatives and the Plaintiff Class purchased the HCG Platinum weight loss product the Plaintiffs/Class Representatives and the Plaintiff Class suffered property damage and economic losses.

## COUNT IV

### Unjust Enrichment
### As to All Defendants

76. Plaintiffs reallege and incorporate all the foregoing facts and allegations as if fully set forth herein.

77. Plaintiffs/Class Representatives do not have an adequate remedy in law.

78. At all material times, the Defendants and Retailers and manufactured, packaged, marketed, advertised, distributed, and sold the Defendants' HCG Platinum weight loss products throughout the United States.

79. At all material times, Defendants engaged in the business of promoting, advertising, marketing, and selling Defendants' HCG Platinum weight loss products throughout New York and the United States.

80. The Plaintiffs/Class Representatives and the Plaintiff Class purchased the Defendants' HCG Platinum weight loss products for the reasons alleged herein. The Plaintiffs/Class Representatives payment of purchase price for the substandard products conferred a benefit to the Defendants.

81. Under the circumstances where the Plaintiffs/Class Representatives were left with a product they would not have purchased had they known of the quality and content and where the Plaintiffs were damaged as a result of the purchase, the Defendants have been unjustly enriched. Under the circumstances it would be inequitable for the Defendants to retain the benefits conferred upon them by the Plaintiffs /Class Representatives.

## COUNT V

### Failure to Warn
### As To All Defendants

82. Plaintiffs reallege and incorporate all the foregoing facts and allegations as if fully set forth herein.

83. The Plaintiffs/Class Representatives purchased HCG Platinum weight loss products manufactured, distributed, marketed and/or sold by the Defendants or to which they acted to the companion of the Defendants as manufacturer, retailer, wholesaler and/or distributors.

84. The packaging and labeling of the HCG Platinum weight loss products manufactured,

distributed, marketed and/or sold by the Defendants failed to adequately warn of the dangers and ailments sustained by the Plaintiffs, to wit: including, but not limited to, hyperactivity, rapid heart rate, insomnia, sleeplessness, anxiety and headaches.

85.   As a direct and proximate cause of the unreasonably dangerous condition, the Plaintiffs/Class Representatives and the Plaintiff Class purchased the HCG Platinum weight loss products the Plaintiffs/Class Representatives and the Plaintiff Class suffered injuries and losses related thereto.

**WHEREFORE**, the Plaintiffs/Class Representatives, on behalf of themselves and all others similarly situated, pray for relief and judgment against Defendants as follows: the disgorgement and restitution of the Defendants' wrongful profits, revenue, and benefits, to the extent, and in the amount, deemed appropriate by the Court; and such other relief as the Court deems just and proper to remedy the Defendants' unjust enrichment.

Dated:   New York, New York
         May 4, 2011

By: SAMUEL HIRSCH, ESQ.(5149)
SAMUEL HIRSCH & ASSOCIATES, PC
Attorneys for Plaintiffs
350 Fifth Avenue, Suite 5949
New York, New York 10118
212-947-3800
Fax: 212-947-9374
Email: Hirschsam@aol.com

STATE OF NEW YORK   )
                   : ss.:
COUNTY OF NEW YORK )

SAMUEL HIRSCH, an attorney duly admitted to practice law in the State of New York, under penalty of perjury, affirms the following:

That deponent is the attorney for the plaintiff(s) in the action within; that deponent has read the foregoing **COMPLAINT** and knows the contents thereof; that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters deponent believes it to be true and the reason that this verification is not made by plaintiff(s) and is made by deponent is that plaintiff(s) is/are not presently in the county where the attorneys for the plaintiff(s) have their office.

Deponent further says that the source of deponent's information and the grounds of deponent's belief as to all matters not stated upon deponent's knowledge are from investigations made on behalf of said plaintiff(s).

*[signature]*
SAMUEL HIRSCH